**DAVID LEPINE, JR. AND CAYDEN LEPINE**

**VERSUS**

**STATE OF LOUISIANA, DEPARTMENT OF WILDLIFE AND FISHERIES, JOHN DOE COMPANY AND XYZ INSURANCE COMPANY**

\*      NO. 2022-CA-0160

\*      COURT OF APPEAL

\*      FOURTH CIRCUIT

\*      STATE OF LOUISIANA

\*

\*

**\* \* \* \* \* \* \***

*JCL*      **LOBRANO, J., CONCURS IN THE RESULT**